IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| IN RE:<br><br>ANDERSON, MARCUS DWAYNE<br>ANDERSON, LOUVENIA CAROL<br>                                    Debtor(s). | Case No. 06-12274-WV<br>(Chapter 7) |
|---|---|

# Amended Trustee's Report of Unclaimed Funds

Trustee Kevin M. Coffey, pursuant to Rule 3010 Fed. R. Bankr. P., reports to the Court Clerk the following are dividends in an amount under $5.00 and should be treated in the same manner as unclaimed funds.

**CLAIMANT**                                                          **AMOUNT**

See attached Proposed Distribution for claimants and amounts.

TOTAL:                                                                $8.46

A check made payable to the United States Bankruptcy Clerk will be delivered to the Court for deposit into unclaimed funds.

DATED: November 20, 2009

/s/Kevin Coffey
Kevin M. Coffey (OBA # 11791)
Chapter 7 Trustee
435 N. Walker, Suite 202
Oklahoma City, OK  73102
405/235-1497
Fax:  405/606-7446

| | Proposed Distribution | Page 1 of 1 |
|---|---|---|
| Case Number: 06-12274 <br> Debtor Name: ANDERSON, MARCUS DWAYNE | | Date: August 13, 2009 <br> PROPOSED DISTRIBUTION |

| Claim # | Payee Name | Proposed Pymt |
|---|---|---|
| 1 | E-Z MONEY <br> 4723 S E 29TH ST <br> DEL CITY OK 73115 | $0.85 |
| 2 | Money Mart <br> 7115 S Western <br> Oklahoma City OK 73139 | $0.82 |
| 5 | WORLD ACCEPTANCE CORP <br> 5906 N W 38TH ST <br> OKLAHOMA CITY OK 73122 | $2.15 |
| 6 | World Acceptance Corporation <br> 1105 S W 59th St. <br> Oklahoma City, OK 73109 | $1.92 |
| 7 | Recovery Management Systems Corporation <br> For Great Seneca Financial Corporation <br> As Assignee of SPEIGEL <br> 25 SE 2nd Avenue, Suite 1120 <br> Miami FL 33131 | $2.72 |

Total $8.46